# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| KATHERINE M., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 1:22-cv-00195-NT |
| | ) |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On April 6, 2023, the United States Magistrate Judge filed with the Court, with copies to the parties, her Recommended Decision (ECF No. 21) on the Plaintiff's Statement of Errors (ECF No. 14). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and that the Commissioner's Decision is **AFFIRMED**.

SO ORDERED.

/s/ Nancy Torresen  
United States District Judge

Dated this 27th day of April, 2023.